UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TARONTAE D. JACKSON,<br><br>　　　　　　　Plaintiff<br><br>　　v.<br><br>STOLK, et al.,<br><br>　　　　　　　Defendants | Case No. 3:23-cv-00247-MMD-CSD<br><br>ORDER |

　　　According to the Nevada Department of Corrections inmate database, Plaintiff is no longer housed at the address listed with the Court—Ely State Prison—and might be housed at High Desert State Prison. Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." "The notification must include proof of service on each opposing party or the party's attorney." Nev. Loc. R. IA 3-1. And "[f]ailure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

　　　IT IS THEREFORE ORDERED that Plaintiff will file his updated address with the Court on or before February 12, 2024.

　　　IT IS FURTHER ORDERED that if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

　　　The Clerk of the Court is directed to send Plaintiff Tarontae D. Jackson courtesy copies of this order, the Attorney General's Limited Notice of Appearance (ECF No. 10), and the Court's January 9, 2024, Order Setting Inmate Early Mediation Conference (ECF No. 11) by sending them to the email address that the Court has for High Desert State Prison.

　　　DATED THIS 11th day of January 2024.

_____
UNITED STATES MAGISTRATE JUDGE