UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TARONTAE D. JACKSON,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STOLK,<br><br>　　　　　　　　　Defendants. | Case No.  3:23-cv-00247-MMD-CSD<br><br>ORDER |

　　　　This action began with a pro se civil-rights complaint filed under 42 U.S.C. § 1983 by a state prisoner, which he later amended. (ECF Nos. 1-1, 6). Plaintiff also filed an application to proceed *in forma pauperis* ("IFP") for an inmate. (ECF No. 4). In screening Plaintiff's first amended complaint, the Court deferred ruling on the IFP application. (ECF No. 7). The Court entered subsequent orders imposing a 90-day stay and assigning the parties to mediation by a court-appointed mediator. (ECF Nos. 9, 11).

　　　　Settlement was not reached at the mediation conference. (ECF No. 19). And Plaintiff has informed the Court that he is no longer incarcerated. (*See* ECF Nos. 16, 17). The Court finds that Plaintiff's IFP application for an inmate is moot because he is no longer incarcerated.

　　　　It is therefore ordered that Plaintiff's application to proceed *in forma pauperis* for an inmate (ECF No. 4) is denied as moot.

　　　　It is further ordered that Plaintiff has **until March 18, 2024**, to either file a fully complete application to proceed *in forma pauperis* for non-inmates or pay the full $402 filing fee for this civil-rights action.

　　　　It is further ordered that the Clerk of the Court will send Plaintiff Tarontae Jackson the approved form application to proceed *in forma pauperis* for non-inmates and the document titled information and instructions for filing an *in forma pauperis* application.

It is further ordered that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order.

It is further ordered that the matter of service of summons and copies of the first amended complaint under Federal Rule of Civil Procedure 4 is temporarily deferred. The Court will enter an order about service after the matter of payment of the filing fee has been resolved.

Dated this 15th day of February 2024.

_____
UNITED STATES MAGISTRATE JUDGE